**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, Individually and as foster parents and next best friends of BABY M, a minor, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:08CV00622SWW |
| JOHN SELIG, in his official capacity as Director of the ARKANSAS DEPARTMENT OF HUMAN SERVICES; PAT PAGE, in her official capacity as Director of the Division of Children and Family Services of the Arkansas Department of Human Services; and ALICEN BENNETT, in her official capacity as an Employee of the Arkansas Department of Human Service, | * * * * * * * * * * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiffs' complaint is dismissed without prejudice.

DATED this 25th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE